der amended. Henry C. Henderson appointed referee. See 52 N. Y. Supp. 128.

CLAPP, Respondent, v. NICHOLS et al.. Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Hawley D. Clapp against Mary A. Nichols, impleaded with others. No opinion. Order settled. See 52 N. Y. Supp. 128.

CLOCKEY, Respondent, v. INTERNATIONAL RUBBER CLOTHING & GENERAL SUPPLY CO., Appellant. (Supreme Court, Appellate Term. June, 1898.) Action by Kate Clockey, as administratrix, etc., of John T. Clockey, deceased, against the International Rubber Clothing & General Supply Company. William Stuart, for appellant. Robinson, Biddle & Ward, for respondent. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1014.

COHEN v. CONSOLIDATED GAS CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Rachel Cohen against the Consolidated Gas Company of New York. No opinion. Motion granted, with $10 costs.

COHN et al., Appellants, v. COOPER, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Morris Cohn and Virgil H. Cohn against Martin P. Cooper, as president of Farmers' Club. No opinion. Judgment and order affirmed, with costs.

COLBY et al., Respondents, v. CITY OF COHOES, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by John S. Colby and others against the city of Cohoes. No opinion. Judgment and order affirmed, with costs.

CONNER, Appellant, v. CONNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Sarah S. Conner against Thomas B. Conner. No opinion. Motion to dismiss appeal granted, without costs.

CONSOLIDATED ELECTRIC STORAGE CO., Respondent, v. ATLANTIC TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Consolidated Electric Storage Company against the Atlantic Trust Company. J. L. Ward, for appellant. W. B. Hornblower, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 48 N. Y. Supp. 1083.

CONTINENTAL NAT. BANK, Respondent, v. TRADESMEN'S NAT. BANK, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the Continental National Bank against the Tradesmen's National Bank. C. E. Rushmore, for appellant. G. W. Wickersham, for respondent. No opinion. Reargument ordered.

CONWAY, Appellant, v. CITY OF ROCHESTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion granted. See 52 N. Y. Supp. 1140.

CORNWELL et al., Respondents, v. CORNWELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Isabelle B. Cornwell and others, executors, etc., against George Cornwell and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

CRAWFORD, Appellant, v. WINSTON, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by John J. Crawford against Lillie Winston, impleaded. No opinion. Motion denied, upon payment of $10 costs; and, upon payment of $10 costs, leave granted to apply in court below to open default.

CROSBY, Respondent, v. SPAULDING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William H. Crosby against Thomas H. Spaulding. No opinion. Judgment affirmed, with costs.

CULLEN, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May Term, 1898.) Action by John Cullen against the mayor, aldermen, and commonalty of the city of New York.
PER CURIAM. This action grew out of the same occurrence as the case of Carroll v. Mayor, etc., 29 App. Div. 420, 51 N. Y. Supp. 620. It involves precisely the same facts, was tried at the same time, and the considerations which have been stated in the case of Carroll v. Mayor, etc., require an affirmance as in that case.

DE CAMP, Respondent, v. BULLARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William S. De Camp, individually and as trustee, etc., against Daniel A. Bullard and another. No opinion. Judgment affirmed, with costs. See 50 N. Y. Supp. 807.

DELANO, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Nathan Bijur, for appellant. Horace E. Deming, for respondent. No opinion. Order for separate trial at special term of issues raised by counterclaim and reply affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 130, 295.

DELANO, Appellant, v. RICE, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Warren Delano, Jr., against Isaac L. Rice. Horace E. Deming, for appellant. Nathan Bijur, for respondent. No opinion. Appeal from order